# Exhibit A

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**Filing Number: 20230210000593-5**

Filing Date and Time: 02/10/2023 06:32 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company  1-800-858-5294**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

**Corporation Service Company**

**801 Adlai Stevenson Drive**

**Springfield, IL 62703 USA**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ⊖ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME **MARCUS THEATRES CORPORATION** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **100 East Wisconsin Avenue, Suite 1900** | CITY **Milwaukee** | STATE **WI** POSTAL CODE **53202** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ⊖ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME **CHG-MERIDIAN USA CORP.** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **21800 Oxnard Street #400** | CITY **Woodland Hills** | STATE **CA** POSTAL CODE **91367** | COUNTRY **USA** |

4. COLLATERAL:  This financing statement covers the following collateral:

All equipment now or hereafter leased under that certain Master Equipment Lease, as amended from time to time, between Secured Party and CDF2 Holdings, LCC and licensed to Debtor under that certain Master License Agreement, as amended from time to time, between CDF2 Holdings, LLC and Debtor, including for the avoidance of doubt the equipment shown on Exhibit A attached hereto. This Financing statement is filed in connection with an equipment licensing transaction between the Debtor and the Secured Party, and is filed to give notice of Secured Party's interest in the Collateral and that Debtor is merely a licensee (and not owner) of the Collateral, and also as a precautionary measure in the event of any assertions.

5. Check only if applicable and check only one box: Collateral is ⊖ held in a Trust (see UCC1Ad, item 17 and Instructions) ⊖ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ⊖ Public-Finance Transaction  ⊖ Manufactured-Home Transaction  ⊖ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:  ⊖ Agricultural Lien  ⊖ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ⊖ Lessee/Lessor  ⊖ Consignee/Consignor  ⊖ Seller/Buyer  ⊖ Bailee/Bailor  ⊖ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**:WI SOS (C3378-0004) 2495 74860**