UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHG-MERIDIAN USA CORP.,

        Plaintiff/Counter-Defendant,

Case No. 2:24-cv-00026-JPS

v.

MARCUS THEATRES CORPORATION,

        Defendant/Counterclaimant.

---

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7, Plaintiff CHG-Meridian USA Corp. and Defendant Marcus Theatres Corp., by and through their undersigned counsel, hereby move the Court for an order dismissing this action with prejudice and with each party to bear its own costs.

The Parties hereby certify pursuant to Civil L.R. 7(e), that with the exception of the proposed orders submitted with this motion, no memorandum or other supporting papers will be filed.

Dated this 31st day of December, 2024.

By: *s/Brittany S. Ogeden*  
    Brittany S. Ogden  
    Matthew J. Duchemin  
    QUARLES & BRADY LLP  
    33 E. Main Street, Suite 900  
    Madison, WI  53703  
    Phone: 608-251-5000  
    Fax: 608-251-9166  
    Email: Brittany.Ogden@quarles.com  
    Email: matthew.duchemin@quarles.com  

    Lucy Renee Dollens  
    QUARLES & BRADY LLP  
    135 N. Pennsylvania Street, Suite 2400  
    Indianapolis, IN 46204  
    Phone: 317-399-2815  
    Fax: 317-957-5015  
    Email:  lucy.dollens@quarles.com  

    Zachary T. Eastburn  
    QUARLES & BRADY LLP  
    300 N. LaSalle Street, Suite 4000  
    Chicago, IL 60654  
    Phone: 312-715-2715  
    Email: Zachary.eastburn@quarles.com  

    Nathan J. Oesch  
    QUARLES & BRADY LLP  
    411 E. Wisconsin Ave., Ste. 2400  
    Milwaukee, WI  53202  
    Phone: 414-277-5120  
    Email: Nathan.Oesch@quarles.com  

    Denise H. Field  
    BUCHALTER  
    425 Market Street, Suite 2900  
    San Francisco, CA 94105  
    Phone: 415-227-3547  
    Email: dfield@buchalter.com  

    *Attorneys for CHG-Meridian USA Corp.*

By: *s/Christie B. Carrino*  
    John L. Kirtley  
    Matthew M. Wuest  
    Christie B. Carrino  
    Emma J. Jewell  
    GODFREY & KAHN, S.C.  
    833 East Michigan Street, Suite 1800  
    Milwaukee, WI 53202-5615  
    Phone:  414-273-3500  
    Fax:  414-273-5198  
    Email:  jkirtley@gklaw.com  
    Email:  mwuest@gklaw.com  
    Email:  ccarrino@gklaw.com  
    Email:  ejewell@gklaw.com  

    *Attorneys for Marcus Theatres Corporation*

32320349.1